## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CENTER FOR LAW AND
JUSTICE,

　　　　　　*Plaintiff*,

　　v.

FEDERAL BUREAU OF INVESTIGATION,

　　　　　　*Defendant*.

Civil Action No. 19-cv-02643

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Federal Bureau of Investigation ("FBI"), by and through its undersigned counsel, hereby answers the numbered paragraphs of the complaint of the American Center for Law and Justice, filed on September 4, 2019 (ECF No. 1), as follows:

1.　　　This paragraph consists of conclusions of law to which no response is required.

2.　　　This paragraph consists of conclusions of law to which no response is required.

3.　　　This paragraph consists of conclusions of law to which no response is required.

4.　　　This paragraph consists of conclusions of law to which no response is required.

5.　　　Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6.　　　Defendant admits that the FBI is a component of the United States Department of Justice.  The remainder of the allegations in this paragraph consist of legal conclusions to which no response is required.

1

7.      Defendant admits that the FBI is headquartered at 935 Pennsylvania Avenue, NW, Washington, DC 20535.  The remainder of the allegations in this paragraph consist of legal conclusions to which no response is required.

8.      The allegations in this paragraph consist of legal conclusions to which no response is required.

9.      Defendant admits that it received a Freedom of Information Act ("FOIA") request from Plaintiff dated July 25, 2019.  Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

10.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

11.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

12.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

13.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

14.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

15.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

16.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate statement of its contents.

17.     Admitted.

2

18.     Admitted.

19.     Defendant admits that the FBI sent a letter to Plaintiff dated August 9, 2019.
Defendant respectfully refers the Court to that letter for a complete and accurate statement of its
contents.

20.     Defendant lacks knowledge or information sufficient to form a belief about the
truth of the allegations in this paragraph.

21.     Defendant admits that, as of the date of the Complaint, Defendant had not issued a
final determination regarding Plaintiff's FOIA request.

22.     Defendant admits that, as of the date of the Complaint, Defendant had not
provided Plaintiff with information about documents it would produce or withhold in response to
Plaintiff's FOIA request.

23.     Defendant admits that, as of the date of the Complaint, Defendant had not
provided Plaintiff with information about documents it would produce or withhold in response to
Plaintiff's FOIA request.

24.     The allegations in this paragraph relate only to Count II, which has been
dismissed by the Court.  Therefore, no response is required.

25.     The allegations in this paragraph relate only to Count II, which has been
dismissed by the Court.  Therefore, no response is required.

26.     The allegations in this paragraph relate only to Count II, which has been
dismissed by the Court.  Therefore, no response is required.

27.     The allegations in this paragraph relate only to Count II, which has been
dismissed by the Court.  Therefore, no response is required.

28.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

29.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

30.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

31.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

32.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

33.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

34.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

35.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

36.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

37.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

38.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

39.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

40.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

41.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

42.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

43.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

44.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

45.     Defendant incorporates by reference its responses to the preceding paragraphs.

46.     This paragraph consists of conclusions of law to which no response is required.

47.     This paragraph consists of conclusions of law to which no response is required.

48.     Defendant admits that the FBI received from Plaintiff a request dated July 25, 2019, and that the FBI sent Plaintiff a letter dated August 2, 2019.

49.     This paragraph consists of conclusions of law to which no response is required.

50.     Defendant admits that, as of the date of the Complaint, the FBI had not yet issued a final determination regarding Plaintiff's request.

51.     Defendant admits that, as of the date of the Complaint, the FBI had not provided Plaintiff with information about documents it would produce or withhold in response to Plaintiff's FOIA request.

52.     Defendant admits that, as of the date of the Complaint, the FBI had not requested any further information from the Plaintiff.  The remainder of this paragraph consists of conclusions of law to which no response is required.

53.     This paragraph consists of conclusions of law to which no response is required.

54.     Defendant admits the allegation in the first sentence of this paragraph.  The second sentence consists of conclusions of law to which no response is required.

55.     This paragraph consists of conclusions of law to which no response is required.

56.     This paragraph consists of conclusions of law to which no response is required.

57.     This paragraph consists of conclusions of law to which no response is required.

58.     This paragraph consists of Plaintiff's paraphrase of the statutory language, to which no response is required.

59.     This paragraph consists of conclusions of law to which no response is required.

60.     This paragraph consists of conclusions of law to which no response is required.

61.     This paragraph consists of conclusions of law to which no response is required.

62.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

63.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

64.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

65.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

66.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

67.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

68.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

69.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

70.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

71.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

72.     The allegations in this paragraph relate only to Count II, which has been dismissed by the Court.  Therefore, no response is required.

**PRAYER FOR RELIEF**

73.     This paragraph, with its subparts, consists of Plaintiff's prayer for relief, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief that it seeks or to any other relief in this action.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

**DEFENSE**

Plaintiff is not entitled to compel the production of records protected from disclosure by one or more of the exemptions to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Dated: July 16, 2020                              Respectfully Submitted,

                                                  ETHAN P. DAVIS
                                                  Acting Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director

                                                  */s/ Michael H. Baer*
                                                  MICHAEL H. BAER
                                                  Trial Attorney (New York Bar No. 5384300)
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, NW
                                                  Washington, DC 20005
                                                  Tel: (202) 305-8574
                                                  Email: Michael.H.Baer@usdoj.gov

                                                  *Counsel for Defendant*