IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CENTER FOR LAW AND JUSTICE,**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>    **Defendant.** | Civil Action No. 19-cv-02643 |

# **Exhibit B**



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 2, 2019

MR. JORDAN SEKULOW
AMERICAN CENTER FOR LAW AND JUSTICE
201 MARYLAND AVENUE NE
WASHINGTON, DC 20002-5703

FOIPA Request No.: 1443553-000

Dear Mr. Sekulow:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI, dated July 25, 2019.  For administrative tracking purposes, additional FOIPA Request Numbers may be assigned if it is determined your request seeks records about multiple subjects.  You will be notified of any additional tracking numbers if assigned.  Below you will find check boxes and informational paragraphs about your request, as well as specific determinations per statute.  Please read each one carefully.

☐ You submitted your request via the FBI's eFOIPA system.

  ☐ We have reviewed your request and determined it is consistent with the FBI eFOIPA terms of service.  Future correspondence about your FOIPA request will be provided in an email link unless the record's file type is not supported by the eFOIPA system.

  ☐ We have reviewed your request and determined it is not consistent with the FBI eFOIPA terms of service.  Future correspondence about your FOIPA request will be sent through standard mail.

☒ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable.  If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☒ For the purpose of assessing any fees, we have determined:

  ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☒ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.  Status updates are adjusted weekly.  The status of newly assigned requests may not be available until the next weekly update.  If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."  The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://www.foiaonline.gov/foiaonline/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Information Management Division