IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN CENTER FOR LAW AND JUSTICE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>**Defendant.** | Civil Action No. 19-cv-02643 |

# Exhibit E

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 3, 2019

MR. JORDAN SEKULOW
AMERICAN CENTER FOR LAW AND JUSTICE
201 MARYLAND AVENUE NE
WASHINGTON, DC 20002-5703

Dear Mr. Sekulow:

This is in response to your Freedom of Information Act (FOIA) request previously assigned FOIPA Request Number 1443553-000, dated July 25, 2019.  We have determined that your request seeks records about multiple subjects.   For administrative tracking purposes, an additional FOIPA number was assigned to your request.

**Additional FOIPA Request No**: NFP-112855
Subject: Records of James Comey and other FBI Officials' Communications with/or about Anthony Ferrante, Jordan Rae Kelly, and/or Tashina Gauhar (January 1, 2016 to January 1, 2019)

Please check the status of your FOIPA requests at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed, the notice will indicate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Information Management Division