IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>   *Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   *Defendant*. | Case No.  1:19-cv-2643 (RC) |

## JOINT STATUS REPORT

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's July 16, 2020 minute order:

Undersigned counsel have conferred regarding the Federal Bureau of Investigation's ("FBI") processing of Plaintiff's FOIA request.  That request contains three subparts.  Specifically, it seeks:

(1) records concerning the communications (or other records) of former FBI Director James Corney with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

(2) records concerning the communications (or other records) of General Counsel James Baker; Deputy Director/Acting Director Andrew McCabe; Deputy Assistant Director of Counterintelligence Peter Strzok, McCabe's Deputy Counsel, Lisa Page; Corney's Chief of Staff, James Rybicki; David Bowdich; Michael Steinbach; Trisha Anderson; E.W. Bill Priestap; and Jonathan Moffa, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar; and

(3) James Corney's emails from April 1, 2016, to May 31, 2017.

*See* Compl., Ex. A at 3-4, ECF No. 1-1.

In December 2019, the parties conferred and reached agreement on how the FBI would proceed in processing records potentially responsive to the request. The parties agreed that FBI would prioritize records potentially responsive to the subpart 1 of the request; that, after the FBI completed processing those records, the parties would confer to substantially narrow the universe of records potentially responsive to subpart 2; and that Plaintiff would withdraw subpart 3 of the request.

The FBI has completed its initial review of all the records it identified that are potentially responsive to subpart 1 and subject to FOIA, and it has made productions of responsive, non-exempt material. The FBI has also referred records to other government agencies for consultation. It is awaiting the return of at least one of those consultations, which affects the withholding determinations for all of the records subject to the multiple consultations. Once a determination is made for the records that are subject to outstanding consultations, the FBI anticipates that its response to subpart 1 of the request will be complete.

Consistent with their prior agreement, the parties are conferring in an attempt to substantially narrow the universe of records potentially responsive to subpart 2 of Plaintiff's request. Accordingly, the parties propose that they file a joint status report in one month—*i.e.*, by **August 31, 2020**—at which time they would update the Court as to the status of the FBI's processing of Plaintiff's FOIA request. The parties further propose that they file monthly status reports, at 30-day intervals, until the FBI has completed its processing of the request.

| | |
|---|---|
| Dated: July 30, 2020 | Respectfully submitted, |
| The American Center for Law and Justice | ETHAN P. DAVIS<br>Acting Assistant Attorney General |
| /s/ *Benjamin P. Sisney*<br>BENJAMIN P. SISNEY<br>  (D.C. Bar # 1044721)<br>201 Maryland Avenue, N.E.<br>Washington, D.C.  20002<br>Telephone:  (202) 546-8890<br>Facsimile:  (202) 546-9309<br>Email:       bsisney@aclj.org | ELIZABETH J. SHAPIRO<br>Deputy Director<br><br>*/s/ Michael H. Baer*<br>MICHAEL H. BAER<br>Trial Attorney (New York Bar No. 5384300)<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20530<br>Telephone:    (202) 305-8573<br>Facsimile:      (202) 616-8470<br>E-mail:          Michael.H.Baer@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |