IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, <br><br>　　　　*Plaintiff*, <br><br>　　v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>　　　　*Defendant*. | Case No.  1:19-cv-2643 (RC) |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's July 31, 2020 minute order:

Undersigned counsel have conferred regarding the Federal Bureau of Investigation's ("FBI") processing of Plaintiff's FOIA request.  That request contains two remaining subparts. Specifically, it seeks:

(1) records concerning the communications (or other records) of former FBI Director James Comey with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

(2) records concerning the communications (or other records) of General Counsel James Baker; Deputy Director/Acting Director Andrew McCabe; Deputy Assistant Director of Counterintelligence Peter Strzok; McCabe's Deputy Counsel, Lisa Page; Comey's Chief of Staff, James Rybicki; David Bowdich; Michael Steinbach; Trisha Anderson; E.W. Bill Priestap; and Jonathan Moffa, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

*See* Compl., Ex. A at 3-4, ECF No. 1-1.

Pursuant to an agreement between the parties, FBI prioritized the processing of records potentially responsive to subpart 1 of Plaintiff's request.  FBI has now completed its response to

subpart 1, and the parties continue to discuss how best to narrow subpart 2 of the request. Plaintiff states that it reserves all issues, including challenges to searches or withholdings.

Pursuant to the Court's July 31, 2020 minute order, the parties will file their next joint status report in thirty days—*i.e.*, by **November 30, 2020**.

| | |
|---|---|
| Dated: October 30, 2020 | Respectfully submitted, |
| The American Center for Law and Justice | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| /s/ *Benjamin P. Sisney*<br>BENJAMIN P. SISNEY<br>  (D.C. Bar # 1044721)<br>201 Maryland Avenue, N.E.<br>Washington, D.C.  20002<br>Telephone:  (202) 546-8890<br>Facsimile:   (202) 546-9309<br>Email:        bsisney@aclj.org | ELIZABETH J. SHAPIRO<br>Deputy Director<br><br>*/s/ Michael H. Baer*<br>MICHAEL H. BAER<br>Trial Attorney (New York Bar No. 5384300)<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20530<br>Telephone:    (202) 305-8573<br>Facsimile:     (202) 616-8470<br>E-mail:         Michael.H.Baer@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |