IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   *Defendant*. | Case No.  1:19-cv-2643 (RC) |

# **JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following status report:

Undersigned counsel have conferred regarding the Federal Bureau of Investigation's ("FBI") processing of Plaintiff's FOIA request.  That request contains two remaining subparts.  Specifically, it seeks:

(1) records concerning the communications (or other records) of former FBI Director James Comey with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

(2) records concerning the communications (or other records) of General Counsel James Baker; Deputy Director/Acting Director Andrew McCabe; Deputy Assistant Director of Counterintelligence Peter Strzok; McCabe's Deputy Counsel, Lisa Page; Comey's Chief of Staff, James Rybicki; David Bowdich; Michael Steinbach; Trisha Anderson; E.W. Bill Priestap; and Jonathan Moffa, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

*See* Compl., Ex. A at 3-4, ECF No. 1-1.

As explained in the parties' October 30, 2020, joint status report, *see* ECF No. 20, the FBI has completed its response to subpart 1, though Plaintiff reserves all issues, including challenges to searches or withholdings.

1

In June 2021, the parties conferred and reached agreement on how the FBI would proceed in processing records potentially responsive to subpart 2 of the request. The parties agreed that subpart 2 would be narrowed to cover only records concerning the communications (or other records) of James Baker; Andrew McCabe; Peter Strzok; Lisa Page; and James Rybicki, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar. The FBI released the thirty-seventh set of records responsive to this subpart on September 30, 2024. The FBI anticipates releasing subsequent sets of records responsive to this subpart on a monthly basis.

Pursuant to the Court's November 30, 2020, minute order, which requires the parties to file a joint status report every 30 days, the parties will file their next status report by **November 20, 2024**.

Dated: October 21, 2024

The American Center for Law and Justice

*/s/ Benjamin P. Sisney*
BENJAMIN P. SISNEY
   (D.C. Bar # 1044721)
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone:  (202) 546-8890
Facsimile:  (202) 546-9309
Email:       bsisney@aclj.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (D.C. Bar No. 1048531)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20530
Telephone:    (202) 514-2356
Facsimile:    (202) 616-8470
E-mail:       Michael.J.Gaffney@usdoj.gov

*Counsel for Defendant*