IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Case No. 1:19-cv-2643 (RC) |

**JOINT STATUS REPORT**

The parties in this Freedom of Information Act ("FOIA") case, by and through their undersigned counsel, respectfully submit the following status report:

Undersigned counsel have conferred regarding the Federal Bureau of Investigation's ("FBI") processing of Plaintiff's FOIA request. That request contains two remaining subparts. Specifically, it seeks:

(1) records concerning the communications (or other records) of former FBI Director James Comey with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

(2) records concerning the communications (or other records) of General Counsel James Baker; Deputy Director/Acting Director Andrew McCabe; Deputy Assistant Director of Counterintelligence Peter Strzok; McCabe's Deputy Counsel, Lisa Page; Comey's Chief of Staff, James Rybicki; David Bowdich; Michael Steinbach; Trisha Anderson; E.W. Bill Priestap; and Jonathan Moffa, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar;

*See* Compl., Ex. A at 3-4, ECF No. 1-1.

As explained in the parties' October 30, 2020, joint status report, *see* ECF No. 20, the FBI has completed its response to subpart 1, though Plaintiff reserves all issues, including challenges to searches or withholdings.

In June 2021, the parties conferred and reached agreement on how the FBI would proceed in processing records potentially responsive to subpart 2 of the request. The parties agreed that subpart 2 would be narrowed to cover only records concerning the communications (or other records) of James Baker; Andrew McCabe; Peter Strzok; Lisa Page; and James Rybicki, with or about Anthony Ferrante, Jordan Rae Kelly, or Tashina Gauhar.

Pursuant to additional returned consultations, the FBI released 21 pages on February 28, 2025. The FBI is also continuing to follow up on other outstanding consultations. As those consultations are completed, the FBI anticipates releasing additional sets of records responsive to this subpart on a monthly basis.

Pursuant to the Court's November 30, 2020, minute order, which requires the parties to file a joint status report every 30 days, the parties will file their next status report by **April 22, 2025**.

| | |
|---|---|
| Dated: March 20, 2025 | Respectfully submitted, |
| The American Center for Law and Justice | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| */s/ Benjamin P. Sisney*<br>BENJAMIN P. SISNEY<br>  (D.C. Bar # 1044721)<br>201 Maryland Avenue, N.E.<br>Washington, D.C.  20002<br>Telephone:  (202) 546-8890<br>Facsimile:   (202) 546-9309<br>Email:        bsisney@aclj.org | ELIZABETH J. SHAPIRO<br>Deputy Director<br><br>*/s/ Peter M. Bryce*<br>PETER M. BRYCE<br>Trial Attorney (IL Bar No. 6244216)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C.  20530<br>Telephone:    (202) 616-8335<br>Facsimile:     (202) 616-8470<br>E-mail:         Peter.Bryce@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |